Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
**VA 2-429-000**
**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025

## Title

**Title of Work:** Mid-Century Jazz

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** September 10, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-614**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

| | |
|---|---|
| **Title of Work:** | Argentina: Buenos Aires |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | September 15, 2017 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Anderson Design Group, Inc. |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Anderson Design Group, Inc. |
| | 116 29th Ave., N. Nashville, TN, 37203, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Grateful Licensing Group LLC. |
| **Name:** | Matt Appelman |
| **Email:** | matt@gratefullicensing.com |
| **Telephone:** | (802)777-1337 |
| **Address:** | P.O. Box 844 |
| | Manchester Center, VT 05255 United States |

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-587**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Champagne Is For Lovers

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** August 19, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-054**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 22, 2025



## Title

    **Title of Work:** Legends Of The National Parks: Voyageurs' The Wendigo

## Completion/Publication

    **Year of Completion:** 2022
    **Date of 1st Publication:** March 03, 2022
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Anderson Design Group, Inc.
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Anderson Design Group, Inc.
    116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

    **Organization Name:** Grateful Licensing Group LLC.
    **Name:** Matt Appelman
    **Email:** matt@gratefullicensing.com
    **Telephone:** (802)777-1337
    **Address:** P.O. Box 844
    Manchester Center, VT 05255 United States

## Certification

Page 1 of 2




# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-429-597**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 24, 2025

---

## Title

**Title of Work:** Best Friends

## Completion/Publication

**Year of Completion:** 2014
**Date of 1st Publication:** August 06, 2014
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-573**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

**Title**

　　Title of Work:　Estonia

**Completion/Publication**

　　Year of Completion:　2018
　　Date of 1st Publication:　November 02, 2018
　　Nation of 1st Publication:　United States

**Author**

　　• Author:　Anderson Design Group, Inc.
　　Author Created:　2-D artwork
　　Work made for hire:　Yes
　　Citizen of:　United States

**Copyright Claimant**

　　Copyright Claimant:　Anderson Design Group, Inc.
　　　116 29th Ave., N. Nashville, TN, 37203, United States

**Rights and Permissions**

　　Organization Name:　Grateful Licensing Group LLC.
　　Name:　Matt Appelman
　　Email:　matt@gratefullicensing.com
　　Telephone:　(802)777-1337
　　Address:　P.O. Box 844
　　　Manchester Center, VT 05255 United States

**Certification**

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-575**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

## Title

**Title of Work:** France, Paris: Vintage Print

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** April 11, 2012
**Nation of 1st Publication:** United States

## Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

## Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

## Certification

Page 1 of 2



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-428-580**

**Effective Date of Registration:**
December 16, 2024
**Registration Decision Date:**
January 21, 2025

---

### Title

**Title of Work:** Italy: Florence

### Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** October 23, 2013
**Nation of 1st Publication:** United States

### Author

- **Author:** Anderson Design Group, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

### Copyright Claimant

**Copyright Claimant:** Anderson Design Group, Inc.
116 29th Ave., N. Nashville, TN, 37203, United States

### Rights and Permissions

**Organization Name:** Grateful Licensing Group LLC.
**Name:** Matt Appelman
**Email:** matt@gratefullicensing.com
**Telephone:** (802)777-1337
**Address:** P.O. Box 844
Manchester Center, VT 05255 United States

### Certification

Page 1 of 2

